IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25CR455 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO JAMES SOSA, | ) | UNOPPOSED MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE BRIEF |
| Defendant. | ) | ON THE ISSUE OF RESTITUTION AND |
| | ) | AVAA ASSESSMENT |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Toni Beth Schnellinger Feisthamel, Assistant United States Attorney, and hereby requests additional time to file its brief on the issue of restitution and AVAA assessment.

The United States respectfully requests an extension of time until March 9, 2026, to file its response.  The government is not seeking this extension for purposes of improper delay.

The undersigned counsel manages a very active District Court docket, with several hearings scheduled on most workdays.  Counsel for the government has consulted with

defense counsel and defendant does not oppose this motion. Accordingly, the government

needs additional time to file its brief on the issue of restitution and AVAA assessment.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:   /s/ Toni Beth Schnellinger Feisthamel

Toni Beth Schnellinger Feisthamel
 (OH: 0072638)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0531/ Fax (330) 375-5492
Toni.Schnellinger.Feisthamel@usdoj.gov

2